UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**                                JS-6

Case No.   8:24cv02010 CAS (KESx)                          Date: August 21, 2025

Title   *SERGIO RODRIGUEZ v. AFFIRM LOAN SERVICES, LLC; ET AL.*

Present: The Honorable   **CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  
Jeremy Golden

Attorneys Present for Defendants:  
Peter Yould  
Carter Nichols

**Proceedings:**   (IN CHAMBERS) – NOTICE OF SETTLEMENT[45] (Filed August 19, 2025)

THE COURT, having been notified by counsel that the above-entitled action has been settled on or about August 19, 2025;

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing settlement status within **60 days** and every quarter thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

|   | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |