Jeremy S. Golden, Esq. (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

**CLOSED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO RODRIGUEZ, | Case No.: 8:24-cv-02010-CAS-KESx |
| Plaintiff, | **Order for Dismissal of Entire Case** |
| v. | |
| AFFIRM LOAN SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the stipulation between Plaintiff and Defendant Affirm Loan Services, LLC., the entire action is hereby dismissed with prejudice.

IT IS SO ORDERED

DATE: September 16, 2025    BY: _____*Christina A. Snyder*_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE